ELIZA B. ANDERSON, Respondent, *v.* THE CONTINENTAL INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.

(Argued April 18, 1887; decided May 3, 1887.)

*Thomas H. Hubbard* for appellant.

*Edward Mitchell* for respondent.

Agree to reverse judgment, and for new trial on dissenting opinion of DAVIS, P. J., in court below.

All concur.

Judgment reversed.

---

ANASTASIA BRITT, Administratrix, etc., Respondent, *v.* FRANCIS ALEXANDER et al., Appellants.

(Argued April 19, 1887; decided May 3, 1887.)

*Alex. Thain* for appellants.

*W. C. Traphagen* for respondent.

Agree to dismiss appeal; no opinion.

All concur.

Appeal dismissed.